No. 3009. MUNICIPALITY OF RÍO GRANDE, APPELLANT, *v.* GONZÁLEZ, APPELLEE. — Second District Court of San Juan. Injunction. Decided March 20, 1923. It appearing that the notice of appeal was filed on January 30, 1923, and that on March 3, 1923, the appellant had filed no statement of the case nor asked for an extension of time therefor and

that he has not filed the transcript in this court, the appeal is dismissed.